B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MC Precast, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-2174143** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**75 Newnan South Industrial Drive**<br>**Newnan, GA**<br><br>ZIP Code **30263** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Coweta** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **95 Newnan South Industrial Drive**<br>**Newnan, GA 30263** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)**                                                                   **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**MC Precast, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)         (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____

              (Name of landlord that obtained judgment)

              _____

              (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**MC Precast, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ John T. Sanders IV**
Signature of Attorney for Debtor(s)

**John T. Sanders IV 625705**
Printed Name of Attorney for Debtor(s)

**Scroggins & Williamson**
Firm Name

**127 Peachtree St. NE**
**1500 Candler Bldg.**
**Atlanta, GA 30303**

Address

**Email: centralstation@swlawfirm.com**
**404-893-3880  Fax: 404-893-3886**
Telephone Number

**February  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mahlon C. Rhaney, Jr.**
Signature of Authorized Individual

**Mahlon C. Rhaney, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  8, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFIED COPY OF RESOLUTIONS
## OF BOARD OF DIRECTORS
## OF MC PRECAST, INC.

### FEBRUARY 8, 2010

This is to certify that, at an emergency meeting of the Board of Directors (the "Board") of **MC Precast, Inc.**, a Georgia corporation (the "Company"), conducted on **February 8, 2010** at which a quorum was present, the following resolution was duly adopted:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that **Mahlon C. Rhaney, Jr., President** (together with any other officer of the Company, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the firm of Scroggins & Williamson, with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as attorneys for the Company under a general retainer in connection with the prosecution of the Company's case under chapter 11 of the Code, and to pay to Scroggins & Williamson reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Code, including, but not limited to, motions to obtain the use of cash collateral and to incur debtor in possession financing, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to cause the Company, and the Company is hereby authorized, to incur post-petition secured and super-priority indebtedness in an amount determined to be necessary or advisable by either such Authorized Officers, and each such Authorized Officer or designate is hereby authorized to negotiate, execute and

deliver definitive loan documentation evidencing such indebtedness (the "Post-Petition Credit Agreement"), and the Company is authorized to perform all of the obligations and agreements of the "Borrower" thereunder (including the repayment of any amount owing thereunder) and to consummate the transactions contemplated thereby, and each such Authorized Officer or designee is hereby authorized to negotiate, make, sign, execute, acknowledge, deliver and perform any and all such other instruments and agreements which they deem necessary, proper and desirable in connection therewith, including (without limitation) a security agreement and pledge agreement, pursuant to which all of the assets of the Company will be pledged to the lenders as collateral under the Post-Petition Credit Agreement, in each case, in such forms and with such changes, modifications or additions thereto as the executing Authorized Officer or designate shall approve in his or her sole discretion (such approval to be conclusively evidenced by the execution of the Post-Petition Credit Agreement and such other instruments and agreements);

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company financial advisors, special counsel, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

-2-

Said Resolution is still of full force and effect.

By:

Name: Mahlon C. Rhaney, Jr.
Title:   Chairman of Board of Directors
Dated: February 8, 2010

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **MC Precast, Inc.**                                              Case No.                                
                                           Debtor(s)             Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| ABC - ASPHALT BLOCK CONCRETE 4864 CLARK HOWELL HWY COLLEGE PARK, GA 30349 | ABC - ASPHALT BLOCK CONCRETE 4864 CLARK HOWELL HWY COLLEGE PARK, GA 30349 | | | 51,944.90 |
| AMERICAN EXPRESS COMPANY PO BOX 203901 HOUSTON, TX 77216-3901 | AMERICAN EXPRESS COMPANY PO BOX 203901 HOUSTON, TX 77216-3901 | | | 55,000.00 |
| C.W. MATTHEWS CONTRACTING CO., INC. DRAWER 970 MARIETTA, GA 30061-0400 | C.W. MATTHEWS CONTRACTING CO., INC. DRAWER 970 MARIETTA, GA 30061-0400 Fax: 770-422-1068 | | | 139,633.62 |
| CORESLAB STRUCTURES (ATLANTA), INC 1655 NOAH'S ARK ROAD JONESBORO, GA 30236 | CORESLAB STRUCTURES (ATLANTA), INC 1655 NOAH'S ARK ROAD JONESBORO, GA 30236 Fax: 770-477-2838 | | | 169,850.00 |
| CRAIN-HEADLEY INC. P.O. BOX 719 NEWNAN, GA 30264 | CRAIN-HEADLEY INC. P.O. BOX 719 NEWNAN, GA 30264 | | | 47,461.95 |
| FLORIDA PRECAST INDUSTRIES, INC. 400 DEER TRAIL EAST SEBRING, FL 33876 | FLORIDA PRECAST INDUSTRIES, INC. 400 DEER TRAIL EAST SEBRING, FL 33876 | | | 75,962.00 |
| FRIEDMAN DEVER & MERLIN LLC 5555 GLENRIDGE CONNECTOR SUITE 925 ATLANTA, GA 30342 | FRIEDMAN DEVER & MERLIN LLC 5555 GLENRIDGE CONNECTOR SUITE 925 ATLANTA, GA 30342 | | | 55,711.45 |
| GENERAL STEEL P.O. BOX 1503 MACON, GA 31202-1503 | GENERAL STEEL P.O. BOX 1503 MACON, GA 31202-1503 | | | 120,960.19 |
| HANSON PIPE & PRECAST, INC. PO BOX 730498 DALLAS, TX 75373-0498 | HANSON PIPE & PRECAST, INC. PO BOX 730498 DALLAS, TX 75373-0498 | | | 81,934.13 |

B4 (Official Form 4) (12/07) - Cont.

In re   **MC Precast, Inc.**                        Case No.  _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HELSER INDUSTRIES<br>10750 SW TUALATIN ROAD<br>TUALATIN, OR 97062 | HELSER INDUSTRIES<br>10750 SW TUALATIN ROAD<br>TUALATIN, OR 97062 | | | 69,255.00 |
| HLB GROSS COLLINS, P.C.<br>3330 CUMBERLAND PARKWAY SUITE# 900<br>ATLANTA, GA 30339 | HLB GROSS COLLINS, P.C.<br>3330 CUMBERLAND PARKWAY SUITE# 900<br>ATLANTA, GA 30339 | | | 89,944.00 |
| HSNO<br>P.O. BOX 51067<br>LOS ANGELES, CA 90051-5367 | HSNO<br>P.O. BOX 51067<br>LOS ANGELES, CA 90051-5367 | | | 61,316.03 |
| LAFARGE BUILDING MATERIALS INC<br>DEPT AT 952913<br>ATLANTA, GA 31192-2913 | LAFARGE BUILDING MATERIALS INC<br>DEPT AT 952913<br>ATLANTA, GA 31192-2913 | | | 163,137.70 |
| MARTIN MARIETTA MATERIALS<br>P.O. BOX 75328<br>CHARLOTTE, NC 28275 | MARTIN MARIETTA MATERIALS<br>P.O. BOX 75328<br>CHARLOTTE, NC 28275 | | | 49,500.98 |
| SKYLINE STEEL, LLC<br>24771 NETWORK PLACE<br>CHICAGO, IL 60673-1247 | SKYLINE STEEL, LLC<br>24771 NETWORK PLACE<br>CHICAGO, IL 60673-1247 | | | 100,434.97 |
| SOUTHERN TRUCKING & SERVICES<br>P.O. BOX 331<br>TUCKER, GA 30085 | SOUTHERN TRUCKING & SERVICES<br>P.O. BOX 331<br>TUCKER, GA 30085 | | | 128,422.68 |
| THE REINFORCED EARTH COMPANY<br>PO BOX 79179<br>BALTIMORE, MD 21279-0179 | THE REINFORCED EARTH COMPANY<br>PO BOX 79179<br>BALTIMORE, MD 21279-0179 | | | 525,310.22 |
| THE SPANCRETE GROUP, INC.<br>P.O. BOX 828<br>WAUKESHA, WI 53187-0828 | THE SPANCRETE GROUP, INC.<br>P.O. BOX 828<br>WAUKESHA, WI 53187-0828 | | | 116,767.72 |
| VULCAN MATERIALS CO.-026<br>PO BOX 101131<br>ATLANTA, GA 30392 | VULCAN MATERIALS CO.- 026<br>PO BOX 101131<br>ATLANTA, GA 30392 | | | 52,332.37 |
| WESTFIELD INSURANCE COMPANY<br>ONE PARK CIRCLE<br>WEST FIELD CENTER, OH 44251 | WESTFIELD INSURANCE COMPANY<br>ONE PARK CIRCLE<br>WEST FIELD CENTER, OH 44251 | | | 45,779.81 |

**B4 (Official Form 4) (12/07) - Cont.**

In re      **MC Precast, Inc.**                                                    Case No. _____
_____
                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have
read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **February  8, 2010**                        Signature   **/s/ Mahlon C. Rhaney, Jr.**
_____                                   _____
                                                                 **Mahlon C. Rhaney, Jr.**
                                                                 **President**


        *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **MC Precast, Inc.**                    Case No.       

                     Debtor(s)        Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  8, 2010**            **/s/ Mahlon C. Rhaney, Jr.**

                                        **Mahlon C. Rhaney, Jr.**/President
                                        Signer/Title

A & W NURSERY
726 NORTH HIGHWAY 29
NEWNAN, GA 30263


A PLUS POWER CLEANING
2806 SUMMERLAKE DRIVE
ATLANTA, GA 30350


A-1 SANITATION SERVICE, INC.
P.O. BOX 5067
AUGUSTA, GA 30916-5067


A.W. COOK CEMENT PRODUCTS, INC.
242 AMY INDUSTRIAL LANE
HOSCHTON, GA 30548


A1 OIL, INC.
P.O. BOX 129
NEWNAN, GA 30264


ABC - ASPHALT BLOCK CONCRETE
4864 CLARK HOWELL HWY
COLLEGE PARK, GA 30349


ACCOUNTEMPS
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693


ACTION TIRE CO.
410 LEES MILL ROAD
FOREST PARK, GA 30050


ADOBE COMMERCIAL TRUCKS
2915 LAWRENCEVILLE HWY
TUCKER, GA 30084

```
ADP COMMERCIAL LEASING
P.O. BOX 34656
NEWARK, NJ 07189


ADVANCED DISPOSAL SERVICES
P.O. BOX 791257
BALTIMORE, MD 21279-1257


AERCON FLORIDA LLC
3701 C. R. 544 EAST
HAINES CITY, FL 33844


AERO HARDWARE & SUPPLY INC.
300 INTERNATIONAL PKWY
SUNRISE, FL 33325


AFA PROTECTIVE SYSTEMS  INC
155 MICHAEL DRIVE
SYOSSET, NY 11791


AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 31999


AIRGAS SAFETY INC.
P.O. BOX 951884
DALLAS, TX 75395


AIRGAS SOUTH
PO BOX 532609
ATLANTA, GA 30353-2609


ALABAMA AGC
P.O. BOX 102066
IRONDALE, AL 35210
```

ALABAMA SECRETARY OF STATE
P.O. BOX 5616
MONTGOMERY, AL 36103-5616


ALAN DENSMORE  INC.
P.O. BOX 3729
SUWANEE, GA 30024


ALL CRANE RENTAL OF GEORGIA INC.
P.O. BOX 43626
ATLANTA, GA 30336-0626


ALL SOUTH PRECAST SERVICES, LLC
971 DENMEADA WALK SW
MARIETTA, GA 30064


ALLIED CRANE & MACHINERY
5185 BROWNS RIDGE ROAD
CUMMING, GA 30041


ALLIED NORTH AMERICA INS OF GA LLC
3495 PIEDMONT ROAD NE
ATLANTA,, GA 30305


ALLSTAR SURETY COMPANY, INC.
P.O. BOX 500698
ATLANTA, GA 31150


AMERICAN EXPRESS COMPANY
PO BOX 203901
HOUSTON, TX 77216-3901


ANNETT HOLDINGS
4335 PAYSPHERE CIRCLE
CHICAGO, IL 60674

APEXDIA LLC
345 WEST WIEUCA ROAD
ATLANTA, GA 30342


ARROW MAGNOLIA INTERNATIONAL,LP
P.O. BOX 59089
DALLAS, TX 75229


ASHLEY SLING, INC.
P.O. BOX 44413
ATLANTA, GA 30336


ASTRA, INC.
P.O. BOX 864131
ORLANDO, FL 32886-4131


AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262


AT&T MOBILITY
PO BOX 646
CAROL STREAM, IL 60197-6463


ATLANTA BOILER & MECHANICAL
85 KELLI CLARK CT.
CARTERSVILLE, GA 30121-7021


ATLANTA FUEL COMPANY
P.O. BOX 93586
ATLANTA, GA 30377


ATLANTA MATERIAL SUPPLY
3240 CALLIE STILL ROAD
LAWRENCEILLE, GA 30045

ATLANTA ROD & MFG
P.O. BOX 435
LAVONIA, GA 30553


ATLANTA SCALES, INC.
PO BOX 1057
JONESBORO, GA 30237


ATLANTIC CAPITAL BANK
PO BOX 550889
ATLANTA, GA 30355


AUGUSTA ORTHOPEDIC & SPORTS ME
P.O. BOX 14039
AUGUSTA, GA 30919


AUGUSTA READY MIX, INC.
P.O. BOX 204018
AUGUSTA, GA 30917-4018


AXA EQUITABLE
P.O. BOX 8004
BOSTON, MA 02266-8004


B & M EQUIPMENT REPAIR
P.O. BOX 926
AUGUSTA, GA 30901


B&M MASONRY, INC.
104 GANN ROAD
MARIETTA, GA 30080


BENTWOOD TRUCKING
9185 PAYSPHERE CIRCLE
CHICAGO, IL 60674

BLACK MINT SOFTWARE
675 COOPER ST.
OTTAWA, ON KIR 5J3 CANADA


BLUE CROSS BLUE SHIELD GA
6000 FELDWOOD ROAD
COLLEGE PARK, GA 30349


BOLT & NUT INC
CALLER SERVICE #105100
TUCKER, GA 30085-5100


BORAL MATERIAL TECH
P.O. BOX 101715
ATLANTA, GA 30392-1715


BOSTWICK, DUKE, HARPER & WORTHY, INC.
10910 WOODSTOCK ROAD
ROSWELL, GA 30075


BRIGGS EQUIIPMENT
LOCK BOX 841272
DALLAS, TX 75284-1272


BROWN & WATSON, INC.
P. O. BOX 1890
BUTLER, GA 31006


BROWN AND RADIOLOGY ASSOCIATE
P.O. BOX 3845
AUGUSTA, GA 30914-3845


BULLDOG TIRE CO., INC
2352 NORTH EXPRESSWAY
GRIFFIN, GA 30223

BUSTER'S REPROGRAPHICS
5064 CLARK HOWELL HWY
ATLANTA, GA 30349


C.W. MATTHEWS CONTRACTING CO., INC.
DRAWER 970
MARIETTA, GA 30061-0400


CANOOCHEE TRANSPORT INC.
16052 HIGHWAY 129 NORTH
CLAXTON, GA 30417


CARROLL EXTERMINATING CO.
205 ETOWAH TRACE
FAYETTEVILLE, GA 30214


CASTLE BRANCH
1845 SIR TYLER DRIVE
WILMINGTON, NC 28405


CATERPILLAR ACCESSACCOUNT
PO BOX 905229
CHARLOTTE, NC 28290-5228


CATERPILLAR FIN. SERV.
2120 WEST END AVENUE
NASHVILLE, TN 37203-0001


CHRYSO, INC.
DEPARTMENT NO. 8028
CAROL STREAM, IL 60122-8028


CINTAS UNIFORM
5180 PANOLA IND. BLVD.
DECATUR, GA 30035

```
CLARK'S PORTABLE TOILETS
1933 AUGUSTA HWY
LINCOLNTON, GA 30817


CLAYTON COUNTY TAX COMMISSIONER
121 S. MCDONOUGH STREET
JONESBORO, GA 30236


COASTAL TRANSPORT LOGISTICS LLC
P.O. BOX 7845
SAVANNAH, GA 31418


COLLINS INDUSTRIES, INC.
P.O. BOX 617
JACKSON, GA 30233


COLSON SERVICES CORP
PO BOX 1289
BOWLING GREEN STATIO, NY 10274


COLUMBIA COUNTY RENTAL PROPERTIES, LLC
1163 OVERLOOK ROAD
LINCOLNTON, GA 30817


COMCAST
PO BOX 530098
ATLANTA, GA 30353-0098


COMPUTERIZED ENGINEERING INC.
P.O. BOX 6216
ASHLAND, VA 23005-3463


COMPUTERIZED STRUCTURAL DESIGN, S.C.
8989 N. PORT WASHINGTON ROAD
MILWAUKEE, WI 53217
```

CONCRETE & MASONRY SUPPLY
P.O. BOX 1598
FAIRBURN, GA 30213


CONCRETE SUPPLY COMPANY, INC.
P.O. BOX 313
FAYETTEVILLE, GA 30214


CONNER INDUSTRIES
P.O. BOX 200298
DALLAS, TX 75320-0298


CONSULT-US
2498 DATE PALM ROAD
BOCA RATON, FL 33432


CORESLAB STRUCTURES (ATLANTA), INC
1655 NOAH'S ARK ROAD
JONESBORO, GA 30236


COUNTY AUTO PARTS
170 JEFFERSON STREET
NEWNAN, GA 30263


COWETA COUNTY BUSINESS TAX DEPT.
22 EAST BROADWAY
NEWNAN, GA 30263


COWETA COUNTY TAX COMMISSIONER
P.O. BOX 6009
ATHENS, GA 30604-6009


COWETA EMERGENCY PHYSICIANS
P.O. BOX 6009
ATHENS, GA 30604-6009

COWETA OCCUPATIONAL MEDICINE
1755 HWY 34 EAST SUITE# 2400
NEWNAN, GA 30265


CPI OFFICE PRODUCTS
P.O. BOX 59109
DALLAS, TX 75229-1109


CRAIN OIL SERVICES, LLC
P.O. BOX 386
NEWNAN, GA 30264


CRAIN-HEADLEY INC.
P.O. BOX 719
NEWNAN, GA 30264


CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


CSRA EMERGENCY PHYSICIANS, DEPT# 40227
P.O. BOX 740209
ATLANTA, GA 30374


D. CARVER TRUCKING CO.
1096 BENNOCK MILL ROAD
AUGUSTA, GA 30906


DAVIS ERECTING AND FINISHING, INC.
1811 ANDERSON ROAD
GREENVILLE, SC 29611


DE LAGE LANDEN FINANCIAL SERVICES
P.O. BOX 41601
PHILADELPHIA, PA 19101-1601

```
DIAMOND CHAIN INTERNATIONAL
P.O. BOX 5699
VERNON HILLS, IL 60061


DIE HARD TIRE
PO BOX 2547
STOCKBRIDGE, GA 30281


DIVERSAKORE, LLC
9450 STONEY RIDGE LANE
ALPHARETTA, GA 30022


DIXIE DIAMOND MFG.
P.O. BOX 101141
ATLANTA, GA 30392-1141


DOCTORS HOSPITAL AUGUSTA
P.O. BOX 402949
ATLANTA, GA 30384-2949


DOCTORS HOSPITAL CENTER
2215 TOBACCO ROAD SUITE F
AUGUSTA, GA  30906, GA 30906


DOCUTEAM, INC.
P.O. BOX 2153
BIRMINGHAM, AL 35287-3180


DRAYGON ENTERPRISES, INC.
15 BLAKE WAY
OSPREY, FL 34229


DRILLERS' CHOICE  INC.
1849 CANDY LANE SUITE B
MARIETTA, GA 30008
```

```
E A TRANSPORT
241 TINGLE LANE
PALMETTO, GA 30268


ECOLOGICAL SOLUTIONS,INC.
630 COLONIAL PARK DRIVE SUITE#200
ROSWELL, GA 30075


EMEDCO INC.
39209 TREASURY CENTER
CHICAGO, IL 60694-9200


EMPICARE-SH SUMMIT HEALTHPLEX
P.O. BOX 32234
LOUISVILLE, KY 40232


ETI
1301 ORCHARD HILL ROAD
LAGRANGE, GA 30240


EXCEL BUSINESS SOLUTIONS
1575 NORTHSIDE DRIVE BLDG#300 SUITE# 330
ATLANTA, GA 30318


EXPRESS ENGINEERING, LLC
P.O. BOX 160985
ALTAMONTE SPRINGS, FL 32716-0985


EXPRESS SERVICES, INC.
P.O. BOX 281533
ATLANTA, GA 30384-1533


EXTREME WELDING
21 LYNN CIRCLE
NEWNAN, GA 30265
```

FASTENAL COMPANY
P.O. BOX 1286
WINONA, MN 55987-1286


FEDERAL EXPRESS CORP.
P.O. BOX 94515
PALATINE, IL 60094-4515


FIDELITY SECURITY LIFE INS/EYE MED
P.O. BOX 632530
CINCINNATI, OH 45263-2530


FIELD REPAIRS UNLIMITED, LLC.
P.O. BOX 1502
BUFORD, GA 30515


FLORIDA DEPT. OF REVENUE
4230 LAFAYETTE ST. STE D
MARIANNA, FL 32446-8231


FLORIDA PRECAST INDUSTRIES, INC.
400 DEER TRAIL EAST
SEBRING, FL 33876


FORD MOTOR CREDIT
BOX 105697
ATLANTA, GA 30348-5697


FRANK FORDHAM
1120 BARNETT RIDGE
ATHENS, GA 30605-5430


FREIGHTCENTER
2049 WELBILT BLVD.
TRINITY, FL 34655

```
FRIEDMAN  DEVER & MERLIN LLC
5555 GLENRIDGE CONNECTOR SUITE 925
ATLANTA, GA 30342


GALLET & ASSOCIATES
P.O. BOX 2153 DEPT# 5099
BIRMINGHAM, AL 35287-5099


GE CAPITAL
P.O. BOX 536447
ATLANTA, GA 30374-6447


GENERAL STEEL
P.O. BOX 1503
MACON, GA 31202-1503


GEORGIA BONE JOINT
PO BOX 740209
ATLANTA, GA 30374


GEORGIA CONSTRUCTION PRODUCTS, INC.
P.O. BOX 105267
ATLANTA, GA 30348-5267


GEORGIA DEPARTMENT OF LABOR
1630 PHOENIX BOULEVARD SUITE# 204
COLLEGE PARK, GA 30349


GEORGIA DEPT. OF REVENUE
P.O. BOX 740387
ATLANTA, GA 30374-0387


GEORGIA GULF COAST PRE-STRESS,INC
P.O. BOX 201975
HOUSTON, TX 77216-1975
```

GEORGIA POWER COMPANY
96 ANNEX
ATLANTA, GA 30396


GEORGIA/CAROLINAS PCI
ONE GLENLAKE PARKWAY SUITE# 700
ATLANTA, GA 30328


GREEN VIEW LANDSCAPES  INC.
360 ROCKY BRANCH DR.
MCDONOUGH, GA 30252


GRIFFITH GRADING
775 BUDDY WEST ROAD
NEWNAN, GA 30263


GUARANTEE INSURANCE COMPANY  INC.
P.O. BOX 406012
ATLANTA, GA 30384-6012


HALL FIRE PROTECTION CO  INC.
19 MILTONS WALK
CARTERSVILLE, GA 30120


HAMILTON & DESIGN CO.,LLC
P.O. BOX 2405
PEACHTREE CITY, GA 30269


HANSON PIPE & PRECAST, INC.
PO BOX 730498
DALLAS, TX 75373-0498


HAYS FINANCIAL CONSULTING, LLC
3343 PEACHTREE ROAD NE SUITE SUITE# 200
ATLANTA, GA 30326

HELSER INDUSTRIES
10750 SW TUALATIN ROAD
TUALATIN, OR 97062


HERTZ EQUIPMENTAL RENTAL CORP.
P.O. BOX 650280
DALLAS, TX 75265


HI-5'S PORT- A- POTTYS
P.O. BOX 459
MORELAND, GA 30259


HIGHWAY MATERIALS, INC.
5120 OLD DIXIE HIGHWAY
FOREST PARK, GA 30297


HILTI  INC.
P.O. BOX 382002
PITTSBURGH, PA 15250-8002


HITACHI CAPITAL AMERICA CORP
800 CONNECTICUT AVENUE
NORWALK, CT 06854


HLB GROSS COLLINS, P.C.
3330 CUMBERLAND PARKWAY SUITE# 900
ATLANTA, GA 30339


HOME DEPOT
PO BOX 9055
DES MOINES, IA 50368-9055


HSNO
P.O. BOX 51067
LOS ANGELES, CA 90051-5367

HUDGINS STEEL COMPANY
2359 DANBURY LANE
GAINESVILLE, GA 30507


HUMBOLDT MFG CO.
P.O. BOX 87618
CHICAGO, IL 60680-0618


HUNTER'S RUN APARTMENTS L.T.D.
2515 CENTER WEST PARKWAY
AUGUSTA, GA 30909


I.T. WORKS  INC.
PO BOX 142704
FAYETTEVILLE, GA 30214


IGUS, INC.
P.O. BOX 14349
EAST PROVIDENCE, RI 02914


INGAL PRODUCTS
9520 E. BROADWAY AVENUE
TAMPA, FL 33619


INSIGHT
6820 SOUTH HARL AVE
TEMPE, AZ  85283, AZ 85283


INSTEEL WIRE PRODUCTS
PO BOX 60663
CHARLOTTE, NC 28260


INTERACTIVE STUDY SYSTEMS
6840 ULMERTON ROAD
LARGO, FL 33771

```
INTERNAL REVENUE SERVICE
22 N. Front Street
Memphis, TN 38103



Internal Revenue Service
401 W. Peachtree Street NW
Atlanta, GA 30308



Internal Revenue Service
Centralized Insolvency
P.O. Box 21126
Philadelphia, PA 19114



J & A CONSTRUCTION, INC.
4709 ECTON DRIVE
MARIETTA, GA 30066



J & L ASSOCIATES  INC.
P.O. BOX 42761
ATLANTA, GA 30311



J. J. KELLER & ASSOCIATES  INC
PO BOX 548
NEEHAH, WI 54957-0548



JAMIESON EQUIPMENT CO.
5314 PALMERO CT.
BUFORD, GA 30518



JEFF MUIR
10600 SIKE PLACE SUITE 140
CHARLOTTE, NC 28277



JENCO SALES INC.
49 FARMER INDUSTRIAL BLVD.
NEWNAN, GA 30263
```

JOHN W. WILSON GRADING, INC.
1487 HWY 92 NORTH
FAYETTEVILLE, GA 30214


JOY LAKE PARTNERS LLC
771 VIRGINIA AVENUE
ATLANTA, GA 30354-1911


KENCO CORPORATION
170 STATE ROUTE 271
LIGONIER, PA 15658-2210


KOMATSU FINANCIAL
PO BOX 99303
CHICAGO, IL 60693-9303


LABOR READY SOUTHEAST, INC.
PO BOX 740435
ATLANTA, GA 30274-0435


LAFARGE BUILDING MATERIALS INC
DEPT AT 952913
ATLANTA, GA 31192-2913


LANDSTAR INWAY  INC.
12793 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


LARRY CAMPANELLI
897 FOUNTAIN CIRCLE
STOCKBRIDGE, GA 30281


LAS SERVICES, INC.
8 AMLAJACK BLVD.
NEWNAN, GA 30265

LITTLER MENDELSON P.C.
P.O. BOX 45547
SAN FRANCISCO, CA 94145-0547


M & M CONSTRUCTION
401 TOMMY THOMPSON WAY
WHITESBURG, GA 30185


M B TECH, INC. - HIGHWAY DIVISION
6375 WAVELAND DRIVE
CUMMING, GA 30040


MANER BUILDERS SUPPLY CO.
P.O. BOX 204598
AUGUSTA, GA 30917-4598


MARTIN MARIETTA MATERIALS
P.O. BOX 75328
CHARLOTTE, NC 28275


MASTER PRECAST SOLUTION, INC.
6375 HAWTHORNE TER.
NORCROSS, GA 30092


MAXIM CRANE WORKS, L.P.
4389 SOLUTIONS CENTER
CHICAGO, IL 60677-4003


MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680-7690


MMI STRANDCO.
3050 MESLON AVE.
JACKSONVILLE, FL 32254

MORGAN CONCRETE COMPANY, INC.
P.O. BOX 246
TOCCOA, GA 30557


MR TECH SAFETY SERVICE
2004 WHITEHALL ROAD
ANDERSON, SC 29625


MULLINS LABORATORY
1520 NORTH LEG ROAD
AUGUSTA, GA 30909


NASSER HEAVY EQUIPMENT, INC.
525 HURRICANE SHOALS ROAD
LAWRENCEVILLE, GA 30045


NATIONWIDE DIAMOND
3998 FAU BOULEVARD BLDG#1, SUITE#100
BOCA RATON, FL 33431


NEFF RENTAL, INC.
P.O. BOX 405138
ATLANTA, GA 30384-5138


NES RENTALS
P.O. BOX 8500-1226
PHILADELPHIA, PA 19178-1226


NEWNAN ACE HARDWARE, INC.
77 TURKEY CREEK ROAD
NEWNAN, GA 30263


NEWNAN TOOL RENTAL
248 GREENVILLE ST.
NEWNAN, GA 30263

```
NEWNAN UTILITIES
70 SEWELL ROAD
NEWNAN, GA 30263


NORTH CAROLINA DET OF REVENUE
P.O. BOX 25000
RALEIGH, NC 27640-0002


NULINK
P.O. BOX 23076
COLUMBUS, GA 31902-3076


OCCUPATIONAL HEALTH CENTERS OF GA P.C.
P.O. BOX 82730
HAPEVILLE, GA  30354, GA 30354


OLD GLORY TRUCKING
1156 ALPINE HILLS DRIVE
STONE MOUNTAIN, GA 30083


ONE GEORGIA BANK
1180 PEACHTREE STREET SUITE# 2610
ATLANTA, GA 30309


PANHANDLE CONCRETE CUTTING, INC.
4924 JACK COBB LANE
PACE, FL 32571


PEACHTREE CHECKS & FORMS
P.O. BOX 910
MILTON, WA  98354, WA 98354


PEACHTREE FLORIST INC
210 NORTHLAKE DRIVE
PEACHTREE CITY, GA 30269
```

PENGO CORPORATION
24127 NETWORK PLACE
CHICAGO, IL 60673-1241


PENSKE TRUCK LEASING CO., LP
P.O. BOX 532658
ATLANTA, GA 30353-2658


PIEDMONT NEWNAN HOSPITAL
P.O. BOX 997
NEWNAN, GA 30264


PIRTEK RED OAK
3452 BUFFINGTON DR.
ATLANTA, GA 30349


PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 856460
LOUISVILLE, KY 40285-6460


PITNEY BOWES POSTAGE BY PHONE
P.O. BOX 856042
LOUISVILLE, KY 40285-6042


PRAXAIR DISTRIBUTION  INC.
DEPT AT40174
ATLANTA, GA 31192-0174


PRECAST/PRESTRESSED CONCRETE INSTITUTE
PCI, 209 WEST JACKSON BLVD. SUITE# 500
CHICAGO, IL  60606, IL 60606


PRESTRESS SUPPLY INC.
1804 W. LAKE PARKER DRIVE
LAKELAND, FL 33805

PROCONTRACTOR SUPPLY
P.O. BOX 87
OAKWOOD, GA 30566


PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285-6042


QORE, INC.
PO BOX 105328
ATLANTA, GA 30348-5328


QUARLES &  BRADY LLP
411 EAST WISCONSIN AVE.
MILWAUKEE, WI 53202-4497


REDDI-RAGS  INC.
2140 JAMES JACKSON PARKWAY SUITE A
ATLANTA, GA 30318


REED CONTRACTING SERVICES, INC.
4704 UNION GROVE ROAD
UNION GROVE, AL 35175-8197


ROSENZWEIG, JONES, HORNE & GRIFFIS P.C.
32 SOUTH COURT SQUARE
NEWNAN, GA 30264


RSC EQUIPMENT RENTAL
P.O. BOX 840514
DALLAS, TX 75284-0514


SABEL STEEL SERVICE
P.O. BOX 4747
MONTGOMERY, AL 36103-4747

SAELENS CORPORATION
100 VETERANS DRIVE
JOHNSON CREEK, WI 53038-0499


SAFETY MEETING OUTLINES
P.O. BOX 700
FRANKFORD, IL 60423


SAFETY-KLEEN
P.O. BOX 650509
DALLAS, TX 75265-0509


SALES & USE TAX DIVISION
P.O. BOX 105296
ATLANTA, GA 30339


SEACOAST CONRETE CUTTING, INC.
3232 KITTY HAWK ROAD SUITE #2
WILMINGTON, NC 28405


SECRETARY OF STATE FOR SOUTH CAROLINA
P.O. BOX 11350
COLUMBIA, SC 29211


SHRM
P.O. BOX 79482
BALTIMORE, MD 21279-0482


SHUMATE MECHANICAL
2805 PREMIERE PARKWAY
DULUTH, GA 30097


SILAS' RENT-A-JOHN
1075 CEDAR ROAD
MATTHEWS, GA 30818

SKYLINE STEEL, LLC
24771 NETWORK PLACE
CHICAGO, IL 60673-1247


SOS - NORCROSS
2475 MEADOWBROOK PARKWAY
DULUTH, GA 30096


SOUTH CAROLINA DEPT OF REVENUE
LICENSE AND REGISTRATION UNIT
COLUMBIA, SC 29214-0140


SOUTHERN TRUCKING & SERVICES
P.O. BOX 331
TUCKER, GA 30085


SPANCRETE MANUFACTURERS ASSOC.
P.O. BOX 828
WAUKESHA, WI 53187


SPRINT
PO BOX 4191
CAROL STREAM, IL 60197-4191


STAPLES BUSINESS ADVANTAGE, DEPT ATL
P.O. BOX 405386
ATLANTA, GA 30384-5386


STAPLES CREDIT PLAN
P.O. BOX 6721
THE LAKES, NV 88901-6721


SUNCHASE CONSTRUCTION COMPANY
5748 EAST BAY BLVD
GULF BREEZE, FL 32563

SZYMCZAK GA INVESTMENTS, LLC
9154 WILLOW WALK
BONITA SPRINGS, FL 34135


T&A PRECAST REPAIR LLC
141 KENSLEY WAY
DALLAS, GA 30157


TATUM, LLC
PO BOX 535152
ATLANTA, GA 30353-5152


TEG LEASE
107 GASS DRIVE
GREENVILLE, TN 37745


THE CAPITAL CITY MACHINE SHOP
P.O. BOX 47938
ATLANTA, GA 30362


THE CITY OF HAPEVILLE
3468 NORTH FULTON AVENUE
HAPEVILLE, GA 30354


THE CLEANING DEPOT, INC.
166-B JEFFERSON STREET
NEWNAN, GA 30263


THE GALLERY COLLECTION
PO BOX 360
RIDGEFIELD PARK, NJ 07660-0360


THE REINFORCED EARTH COMPANY
PO BOX 79179
BALTIMORE, MD 21279-0179

THE SHERWIN-WILLIAMS CO.
16 W WASHINGTON ST.
NEWNAN, GA 30263


THE SPANCRETE GROUP, INC.
P.O. BOX 828
WAUKESHA, WI 53187-0828


THOMAS CONCRETE
2500 CUMBERLAND PARKWAY SUITE# 200
ATLANTA, GA 30339


THOMPSON TRACTOR CO.  INC
P.O. BOX 934005
ATLANTA, GA 31193-4005


TRACTOR & EQUIPMENT COMPANY
PO BOX 12326
BIRMINGHAM, AL 35202-2326


TSQUARE REPROGRAPHICS, INC
327 WEST GARDEN STREET
PENSACOLA, FL 32502


TTI
P.O. BOX 142484
FAYETTEVILLE, GA 30214-6516


TUCKER'S MACHINE
P.O. BOX 492810
LEESBURG, FL 34749-2810


TYGRIS VENDOR  FINANCE
DEPT# 1608
DENVER, CO 80291-1608

UNITED RENTALS, INC.
P.O. BOX 100711
ATLANTA, GA   30384-0711, GA 30384-0711


UNIVERSAL FORM CLAMP
350 PATTON DRIVE
ATLANTA, GA 30336


UNIVERSITY OCCUPATIONAL HEALTH CTR
3121 PEACH ORCHARD SUITE# 201
AUGUSTA, GA 30906


VITAL CARE TRANSPORTS DBA COWETA EMS
P.O. BOX 1831
NEWNAN, GA 30264-1831


VOELLER MIXERS, INC.
PO BOX 325
PORT WASHINGTON, WI 53074-0325


VOLUME TRANSPORTATION, INC.
P.O. BOX 1450
MINNEAPOLIS, MN 55485-7939


VPRO, INC.
P.O. BOX 336
GRANDVILLE, MI 49468-0336


VULCAN MATERIALS CO.- 026
PO BOX 101131
ATLANTA, GA 30392


W. W. AND SON ENTERPRISES
129 BERRY ROAD
MCDONOUGH, GA 30252

WALKER ROLL-OFF, INC.
P.O. BOX 158
FAIRBURN, GA 30213


WEL-CO DIAMOND TOOL CORP.
P.O. BOX 1767
OLDSMAR, FL 34677


WESTFIELD INSURANCE COMPANY
ONE PARK CIRCLE
WEST FIELD CENTER, OH 44251


WHITE CAP CONSTRUCTION SUPPLY
P.O. BOX 535209
ATLANTA, GA 30353-5209


WHITE CRANE COMPANY AUGUSTA
3414 AUGUSTA ROAD
WEST COLUMBIA, SC 29169


WHYTE HIRSCHBOECK DUDEK S.C.-ACCOUNTING
555 E WELLS ST. SUITE# 1900
MILWAUKEE, WI 53202


WILLOW CREEK APARTMENTS
3700 BUENA VISTA ROAD
COLUMBUS, GA 31906


WILSON BOILER SERVICE, INC.
1905 MEREDITH PARK DRIVE
MCDONOUGH, GA 30253


WORK SPACE
155 CRANES ROOST BLVD SUITE# 2070
ALTAMONTE SPRINGS, FL 32701

WYOMING ANALYTICAL LABORATORIES, INC.
14335 W. 44TH AVENUE
GOLDEN, CO 80403


XTRA LEASE
4330 BOWMAN INDUSTRIAL CT.
CONLEY, GA 30288